# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SAL ALGIERI,

           **Plaintiff,**

-vs-                                           **Case No.  6:08-cv-1276-Orl-28KRS**

THOMAS VANASKI, Judge,

           **Defendant.**

_____

# ORDER

This case is before the Court on Motion to Proceed in Forma Pauperis (Doc. No. 2) filed August 7, 2008.   The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.   Therefore, it is **ORDERED** as follows:

    1.     That the Report and Recommendation filed August 13, 2008 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.     The Motion to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED.**

    3.     The Complaint is **DISMISSED.**

    4.     The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of September, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party